United States District Court
Southern District of Texas
**ENTERED**
June 08, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

BILLY JOE JONES,                        §
                                        §
                Plaintiff,              §
                                        §
v.                                      §   CIVIL ACTION NO. H-24-4679
                                        §
SPARROWS OFFSHORE, LLC and              §
MC OFFSHORE PETROLEUM, LLC,             §
                                        §
                Defendants.             §

## FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting MCOP's and Sparrows' motions for summary judgment, this petition is **DISMISSED WITH PREJUDICE.**

Costs will be taxed against the Plaintiff.

This is a **FINAL JUDGMENT.**

**SIGNED** at Houston, Texas, on this the 8th day of June, 2026.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE